UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTIN S. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-00916-JMS-DKL |
| ) | |
| BAYSIDE WOODS, HOA, INC., ) | |
| COMMUNITY ASSOCIATION ) | |
| SERVICES OF INDIANA, ) | |
| BAYLEASE WEB, EADS, ) | |
| MURRAY AND PUGH, PC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BAYSIDE WOODS, HOA, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

Defendant, Bayside Woods, HOA, Inc., by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby moves to dismiss all claims against Bayside Woods, HOA, Inc. for lack of subject-matter jurisdiction. In support of its Motion, Bayside Woods, HOA, Inc. submits the following materials, incorporated by reference:

1. Defendant Bayside Woods, HOA, Inc.'s Brief in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction; and

2. Defendant Bayside Woods, HOA, Inc.'s Proposed Order Granting the Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

WHEREFORE, defendant, Bayside Woods, HOA, Inc., by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully requests that this Court dismiss all claims, with prejudice, brought against Bayside Woods, HOA, Inc. on the grounds that the plaintiff lacks standing to bring her claims and for all other just and proper relief in the premises.

            Respectfully submitted,

            SCHULTZ & POGUE, LLP


          By: __/s/ Jon L. Bucher_____
            Thomas R. Schultz, #11670-49
            Jon L. Bucher, #32525-49
            Attorneys for Bayside Woods, HOA, Inc.


         **CERTIFICATE OF SERVICE**

  Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid this 30th day of June, 2016, addressed to:

Kristin S. Hill
6412 Bay Vista Court
Indianapolis, IN 46250

Community Association Services of Indiana
11711 N. College Avenue
Suite 100
Carmel, IN 46032

Peter A. Velde
Nicholas Ward Levi
KIGHTLINGER & GRAY
211 N. Pennsylvania Street
One Indiana Square
Suite 300
Indianapolis, IN 46204

Paylease Web
9330 Scranton Road
Suite 450
San Diego, CA 92121


           _____/s/ Jon L. Bucher_____

SCHULTZ & POGUE, LLP
520 Indiana Avenue
Indianapolis, IN 46202
317-262-1000
Fax:  317-262-9000